UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MARGARET A. GIVANS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00813 ERW |
| | ) | |
| MISSOURI DEPARTMENT OF MENTAL HEALTH-BELLEFONTAINE, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment [doc. #29] is **GRANTED**. Plaintiff's Motion for Summary Judgment [doc. #54] is **DENIED**. Plaintiff Margaret A. Givans' claims are **DISMISSED WITH PREJUDICE**.

Dated this 7th Day of May, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE